WWR#MGV30201713186

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 17-13186 |
| | ) | |
| KELLIANNE LAUER | ) | CHAPTER 13 PROCEEDING |
| KEVIN M. LAUER, JR. | ) | |
| | ) | |
| | ) | |
| DEBTOR(S) | ) | |
| | ) | JUDGE MAGDELINE D COLEMAN |

**NOTICE OF SATISFACTION OF PROOF OF CLAIM #11-1**

**NOW COMES** Creditor, Discover Student Loans c/o Weltman, Weinberg & Reis Co., LPA, and hereby provides notice that the Proof of Claim #11-1 filed in the amount of $48,358.99 has been satisfied and any future disbursements by the Trustee should cease at this time.

Respectfully submitted,
/s/ Scott Fink
Scott Fink
Agent for Creditor
5990 West Creek Road, Suite 200
Independence, OH 44131
877-338-9484
bronationalecf@weltman.com

## CERTIFICATE OF SERVICE

I certify that on the 25th day of February, 2025 a true and correct copy of the foregoing Notice of Satisfaction of Claim was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Attorney for Debtor

Chapter 13 Trustee

Office of the U.S. Trustee

and by regular U.S. Mail, postage prepaid on:

KELLIANNE LAUER
8515 Summerdale Avenue
Philadelphia, PA 19152

Kevin M. Lauer, Jr.
8515 Summerdale Avenue
Philadelphia, PA 19152

/s/ Scott Fink
Scott Fink
Agent for Creditor
5990 West Creek Road, Suite 200
Independence, OH 44131
877-338-9484
bronationalecf@weltman.com